# United States District Court

FILED by _PP_ D.C.
APR 5 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALEKSEY CHMAKOV a/k/a Leonyds Bushs

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4066-SNOW

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 4, 2000__ in __Broward__ County, in the __Southern__ District of __Florida__ defendant did, (Track Statutory Language of Offense) (describe)

knowingly possess a false immigration visa and other false documents for entry into the United States,

in violation of Title __18__ United States Code, Section __1546__

I further state that I am a(n) __Special Agent, Immigration/Naturalization__ and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

_____
Signature of Complainant
Leone Faith Pepe, Special Agent
Immigration/Naturalization Service

The Court finds probable cause.

Sworn to before me, and subscribed in my presence,

April 5, 2000                   at   Fort Lauderdale, Florida
Date                                          City and State

LURANA S. SNOW, CHIEF
UNITED STATES MAGISTRATE JUDGE      _Lurana S. Snow_
Name and Title of Judicial Officer                   Signature of Judicial Officer

AFFIDAVIT

Before me the undersigned authority, on this day personally appeared Lenore Faith Pepe, who after being duly sworn, deposes and says:

1. I am a Special Agent with the United States Immigration and Naturalization (INS) and have been for the past seven years. Prior to that I was a Detention Enforcement Officer for one year, seven months; and a Border Patrol Agent for three years. I am authorized to enforce the immigration laws of the United States, as well as related federal criminal statutes in the performance of my duties. This affidavit is based upon my personal knowledge and information, which has been provided to me by other law enforcement officers. Because this affidavit is being prepared for the limited purpose of showing probable cause for a complaint, it does not include all the details of the investigation of Aleksey CHMAKOV aka Leonyds BUSHS.

2. A United States Visa is normally placed in an alien's passport and is used to verify the alien's name, date of birth, nationality, sex; the visa issuing post, control number, class, number of entries authorized, and the issue and expiration dates. It is then a permit to apply for admission to the United States. The visa can only be possessed or issued by a Department of State Officer.

3. An INS passport entry stamp is normally placed in an alien's passport and is used to verify an alien's entry date, class of admission, port of entry and length of stay. It is then a permit to stay in the United States for a period of time. The

entry stamp can only be possessed or issued by an authorized Immigration Officer.

4.  A form I-94 / Departure Record is normally placed in an alien's passport upon admission to the United States and contains the alien's name, country of citizenship, date of birth, admission stamp and an eleven digit departure number. The I-94 is used to verify an alien's date of departure from the United States. A for I-94 / Departure Record can only be possessed or issued by an authorized Immigration Officer.

5.  A Social Security card is issued by the Social Security Administration to United States citizens and aliens with lawful immigration status. The Social Security Card bears a unique nine-digit number, the subject's name and signature. Social Security card issued to aliens bear the notation, "Valid for work only with INS authorization". The Social Security card is required for employment in the United States. A Social Security card can only be possessed or issued by an authorized Social Security Administration Officer.

6.  The Automobile Association of America (AAA) is the only agency authorized to issue an International Driver's License within the United States.

7.  I obtained information from the Florida Department of Motor Vehicles (DMV) that on March 31, 2000 a person using the name Leonyds BUSHS had applied for a class "E" driver's license at the DMV office located at 1225 NW 40th Avenue in Lauderhill, Florida. In support of his application, Leonyds BUSHS presented Social Security Card # 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, International Driver's License # IADC-000032321, and Latvian Passport # 0679124 containing United States

Visa # 27641708 and I-94 Departure Record # 967929858-07. DMV personnel advised the subject to return April 4, 2000 for issuance of the driver's license.

8. Social Security Card # 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 was issued in the name of Leonyds BUSHS, bearing the signature "BUSHS", and is valid for work only with INS authorization.

9. International Driver's License #IADC-000032321 issued March 23, 2000, by the International Automobile Driver's Company, Inc. in the name of Leonyds BUSHS, 145 Seabreeze Ave. #D11, Brooklyn, NY 11224; place of birth – Russia; date of birth – March 3, 1969; category – B; sex – M, eyes – Gry, height – 6"04", bearing the signature "Leon Buss" and a photograph of the subject expires March 23, 2010.

10. Latvian Passport # 0679124 issued in Latvia on February 7, 1994 in the name of Leonids BUSS; date of birth – March 19, 1969; identity # 190369-12715; nationality – Vacietis; sex – M; place of birth – Riga; bearing and photograph of the subject expires February 6, 2004.

11. United State Visa # 27641708 issued June 27, 1999 at the American Embassy in Riga, Latvia in the name of Leonyds BUSHS; control # 19991209901509; visa type – R; visa class – L-1, passport # - 0679224; sex – M, date of birth – June 27, 1999; entries – M; bearing photograph of subject expires June 26, 2001.

12. Form I-94 Departure Record # 967929858 07 in the name of Leonyds BUSHS; date of birth – March 19, 1969; country of citizenship – Latvia bears INS

Admission Stamp issued in New York, New York on October 10, 1999 admitting the subject with classification "L-1" until October 9, 2000.

13. A check of all INS indices were negative. There were no records of Leonyds BUSHS, Latvian passport # 0679124, Form I-94 / Departure Record # 967929858 07 or United States Visa.# 27641708.

14. AAA record checks were negative. There were no records of International Driver's License # IADC-000032321 or of Leonyds BUSHS.

15. On April 4, 2000, at approximately 1000 hours, Leonyds BUSHS returned to the DMV Office Lauderhill, Florida for Leonyds BUSHS to obtain his driver's license. INS agents questioned Leonyds BUSHS regarding his immigration status. Subject claimed to be a native of Russia and a citizen of Latvia and presented Latvian passport # 0679124 containing Form I-94 / Departure Record # 967929858 07 and United States Visa # 27641708.

16. In a search of the subject's wallet incident to arrest, a social security card, Kentucky driver's license and several credit cards bearing the name Alexei CHMAKOVITCZ were recovered. Leonyds BUSHS stated his true name was Alexei CHMAKOVITCZ and he had entered the United States with that name as a Visitor for Pleasure in 1994. Subject further stated he had purchased the passport, visa and I-94 in the name of Leonyds BUSHS from an unknown man in New York, New York.

16. INS record checks indicate Aleksey CHMAKOV, alien number A72-410-634 is a native and citizen of the USSR, born February 5, 1964. Aleksey

CHMAKOV last entered the United States as a Visitor for Pleasure at New York, New York on October 3, 1994.

17. Based on my training and prior experience and based upon the foregoing, I believe that ther3e is probable cause to believe that Leonyds BUSHS aka Aleksey CHMAKOV has violated Title 18 United States Code, Section 1546(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

LENORE FAITH PEPE
Special Agent
U.S. Immigration and Naturalization Service
Miami, Florida

Sworn and subscribed before me this 5th day of April, 2000.

LURANA S. SNOW
UNITED STATES CHIEF MAGISTRATE JUDGE