COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ALEKSEY CHMAKOV (J)          CASE NO: 00-4066-SNOW
AUSA: JEFF KAY                     ATTY:
AGENT:       INS                   VIOL: 18:1546
PROCEEDING I/A ON COMPLAINT        RECOMMENDED BOND____ PTD
BOND HEARING HELD - yes/no         COUNSEL APPOINTED
____ BOND SET @
____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

Advised of Charges -

Deft will attempt to retain counsel

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: 4-6    11    Snow
                      PTD/BOND HRG:          4-10   10:30  Seltzer
                      PRELIM/ARRAIGN:        4-17   11    Seltzer
                      REMOVAL HRG:
                      STATUS CONF:

Date: 4/5/00    Time 11:00    FTL/LSS TAPE #00- 02C    Begin: 176    End: 400