**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-4066-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language  English
Tape No.    00- 02c

v.

AUSA    Jeff Kay
Agent    INS

ALEKSEY CHMAKOS
    Defendant.
_____/

FILED APR 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above-named defendant having been arrested on April 4, 2000, having appeared before the court for initial appearance on April 5, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at  // pm
   on _____    4-6-cc  sn cw
4. Arraignment/Preliminary/Removal/Identity hearing is set for  4-17  at  //  before Judge  Seltzer
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for  4-10  at  /C  before Judge  Seltzer
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   ___ a. Surrender all passports and travel document to the Pretrial Services Office.
   ___ b. Report to Pretrial Services as follows: _____ times a week /month by phone, _____ time a week/month in person; other: _____
   ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   ___ d. Maintain or actively seek full time gainful employment.
   ___ e. Maintain or begin an educational program.
   ___ f. Avoid all contact with victims of or witnesses to the crimes charged.
   ___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   ___ h. Comply with the following curfew: _____
   ___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

_j. Comply with the following additional special conditions of this bond:_____

_____

This bond was set: At Arrest _____
On Warrant ___✓____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 5th day of April, 2000.

*Lurana S. Snow*
**CHIEF U. S. MAGISTRATE JUDGE**
**LURANA S. SNOW**

cc: Assistant U.S. Attorney
  Defendant
  Counsel
  Copy for Judge
  Pretrial Services/Probation