COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ALEKSEY CHMAKOV (J)           CASE NO: 00-4066-SNOW
AUSA: JEFF KAY _pres_               ATTY: _Art Tieshman (perm)_
AGENT: _____                       VIOL: _____
PROCEEDING INQUIRY RE COUNSEL       RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____
____ BOND SET @
____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

_Seen and pres - requested cont'l_
_day for PTD hrg_

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  4-11       ~~10~~ 9:00am
                        PTD:                 4-10       ~~10:30~~ SELTZER
                        PRELIM/ARRAIGN:      4-17       11:00 SELTZER
                        REMOVAL HRG:
                        STATUS CONF:

Date: 4/6/00   Time 11:00   FTL/LSS TAPE #00- 026   Begin: 2115   End: 2159