UNITED STATES DISTRICT COURT
Southern District of Florida   55260-004

U.S. Marshal #: ~~61644~~

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR_____
                          ) REPORT COMMENCING CRIMINAL
        -vs-              )        ACTION
                          )
Alexei CHMAROV            )
_____  )
              Defendant

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

FILED by ___ D.C.
APR -6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-4-00    2:30 ~~11:30~~ ⓐⓜ/ⓟⓜ

(2) Language Spoken: Latvia, English

(3) Offense(s) Charged: 18 USC 1546
    Fraudulent Immigration documents

(4) U.S. Citizen [ ] Yes  [✗] No  [ ] Unknown

(5) Date of Birth: 2-5-64

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✗] Complaint   To be filed/Already filed
    ...

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $
Who set bond:

(7) Remarks:

(8) Date: 4-5-00           Arresting Officer: Lenore Pepe
(9) Agency: USINS                     Phone: 305 762-3610
                                             786 412-9399 Bendel