COPIES NOT PROVIDED



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-4066-SNOW

vs.

ALEKSEY CHMAKOV,                         **NOTICE OF PERMANENT**
aka Leonyds Bushs                        **APPEARANCE AS COUNSEL**
_____/               **OF RECORD**
                                         **\*TRIAL PURPOSES ONLY**

    COMES NOW, Sidney Z. Fleischman, and files this appearance as counsel of record for the above named defendant. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission of Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

    Fee disputes between counsel and client shall not be the basis for withdrawal from this representation.

By _____
FLEISCHMAN & FLEISCHMAN, P.A.
SIDNEY Z. FLEISCHMAN
800 E. BROWARD BLVD.
SUITE 310
FT. LAUDERDALE, FL. 33301
954-523-7223
FLA. BAR NO.: 762962

COPIES NOT PROVIDED

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was mailed this 7th day of April, 2000, to the United States Attorney's Office, 500 E. Broward Blvd., #700, Ft. Lauderdale, Florida, 33394.

BY _____
Sidney Z. Fleischman