| Field | Value |
|---|---|
| DEFT: | Aleksey Chmakov (J)# |
| CASE NO: | 00-4066-Snow |
| AUSA: | Jeff Kay / Kathleen Rice |
| ATTNY: | Sid Fleishman |
| AGENT: | |
| VIOL: | |
| PROCEEDING: | PTD Hearing |
| BOND REC: | APR 1 1 2000 |

BOND HEARING HELD - yes / (no)

COUNSEL APPOINTED: CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA, Ft. LAUD.

BOND SET @ 150,000 Corporate Surety Bond w/ nebbia

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

- ∆ may have INS detainer
- No Bond hrg held
- Both sides stipulate a $150,000 Corp Surety Bond with a nebbia - both sides reserving right to proceed with PTD hrg at a later date.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | 11:00am | |
| PRELIM/ARRAIGN. OR REMOVAL: | 4-17-00 | | BSS |
| STATUS CONFERENCE: | | | |

DATE: 4-11-00   TIME: 9:00am / 12:00pm   TAPE # 00-023   PG # 2675-3056