DEFT: Aleksey Chmakov (J)#    CASE NO: 00-4066-Snow
AUSA: Jeff Kay  pres    ATTNY: Sid Fleishman  pres
AGENT: ___    VIOL: ___
PROCEEDING: prelim/arraignment    BOND REC: ___

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___
___ BOND SET @ ___

CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED by ___ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
___ Electronic Monitoring

wants more time —
reset
D-signs waiver
of prelim/arraign.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: 4-27-00  11:00am  Snow
STATUS CONFERENCE: ___

DATE: 4-17-00    TIME: 11:00am    TAPE # 00-029  PG # 8
1058 — 1240