COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ALEKSEY CHMAKOV (J)    CASE NO: 00-4066-SNOW

AUSA: JEFF KAY / Mitrani    ATTY: SID FLIESHMAN

AGENT: _____    VIOL: _____

PROCEEDING ARRAIGNMENT    RECOMMENDED BOND _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

___ BOND SET @ _____

___ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

Client requested more time

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____
                          PTD/BOND HRG: _____
                          PRELIM/ARRAIGN:  5-9  //  BSS
                          REMOVAL HRG: _____
                          STATUS CONF: _____

Date: 4-27-00  Time 11:00   FTL/LSS TAPE #00- 027   Begin: 706  End: _____