UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6113**-CR-ZLOCH
18 U.S.C. 1546(a)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, :

        Plaintiff, :

v. :

IGOR BRUNSHTEIN, a/k/a :
Aleksey Chmakov, a/k/a
Moshe Berger, a/k/a :
Leonyds Bushes,
        Defendant. :

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about April 4, 2000, in Broward County, in the Southern District of Florida, the defendant,

IGOR BRUNSHTEIN, a/k/a
Aleksey Chmakov, a/k/a
Moshe Berger, a/k/a
Leonyds Bushes,

did knowingly and willfully possess a falsely made United States Visa No. 27641708, in the name of Leonyds Bushes, issued June 27, 1999, and a falsely made INS Form I-94 Departure Record No. 967929858-07 in the name of Leonyds Bushes, DOB 3/19/69, Country of Citizenship



- Latvia, which bore a falsely made INS Admission Stamp issued in New York, New York dated October 10, 1999, admitting him under Classification L-1 until October 9, 2000, knowing these documents were falsely made as evidence of an authorized stay and employment in the United States.

All in violation of Title 18, United States Code, Section 1546(a).

THOMAS E. SCOTT
UNITED STATES ATTORNEY

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.

IGOR BRUNSHTEIN                **CERTIFICATE OF TRIAL ATTORNEY***
_____        **Superseding Case Information**:

**Court Division**: (Select One)        New Defendant(s)    Yes ___ No ___
                                        Number of New Defendants ___
___ Miami   ___ Key West                Total number of counts ___
X__ FTL     ___ WPB  ___FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) YES_____
   List language and/or dialect _____

4. This case will take  0  day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       X ___     Petty     ___
   II   6 to 10 days      ___       Minor     ___
   III  11 to 20 days     ___       Misdem.   ___
   IV   21 to 60 days     ___       Felony    X ___
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) YES
   If yes:
   Magistrate Case No.  00-4066-SNOW_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  4/5/2000 _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) NO
7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes X_ No    If yes, was it pending in the Central Region? __Yes_ No

                                        _____
                                        JEFFREY H. KAY
                                        ASSISTANT UNITED STATES ATTORNEY
                                        FLA BAR NO. 208035

*Penalty Sheet(s) attached                                    REV.4/7/99