5-9-00
FTL

AO 455 (REV. 5/85) Waiver of Indictment

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

IGOR BRUNSHTEIN, a/k/a
Alekei Chmakov, a/k/a
Nushe Berger,

**WAIVER OF INDICTMENT**

CASE NUMBER: **00 - 6113 CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

I, IGOR BRUNSHTEIN, the above named defendant, who is accused of knowingly possessing a falsely made United States Visa and a falsely made INS Form I-94 and who bore a fraudulent INS Admission Stamp issued in New York, New York in violation of Title 18, United States Code, Section 1546(a), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___5-9-00___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
IGOR BRUNSHTEIN
Defendant.

_____
Counsel for Defendant

Before _____ 5/9/00
UNITED STATES MAGISTRATE JUDGE