

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6113-CR-Zloch

UNITED STATES OF AMERICA

vs
Igor Brunshtein ak
Aleksey Chmakov

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 5-9-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and co~~xxxxappxx~~inted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

| | | |
|---|---|---|
| DEFENDANT: | Address: | In Custody |
| | Telephone: | |
| DEFENSE COUNSEL: | Name: | Sid Flieshman |
| | Address: | |
| | Telephone: | |
| BOND SET/CONTINUED: | $ | cont'd in custody |

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __9__ day of __May__, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-83

cc: Clerk for Judge
U. S. Attorney