COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

_Igor Brunshtein_
_AKA_
DEFT: _____ Aleksey Chmakov (J)# _____ CASE NO: _____ 00-6113-CR-2loch

AUSA: _____ Jeff Kay _present_ _____ ATTNY: _____ Sid Fleishman _present_

AGENT: _____ VIOL: _____

PROCEEDING: _____ ~~Prelim~~/Arraignment _____ BOND REC: _____

BOND HEARING HELD - yes/no          COUNSEL APPOINTED: _____

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.

MAY 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x/s a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
_____ Electronic Monitoring

_A - Waives indictment_
_waiver executed_

_✓_

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

_Plea likely_

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: _____ 5-9-00 _____ TIME: 11:00am _____ TAPE # 00-_033_ PG # _12_

_3128 — 110_