FILED
MAY 1 7 2000

## CHAMBERS MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM J. ZLOCH**

CASE NUMBER 00-6113-CR-Zloch DATE 5-17-00

CLERK Carlne Newky

USA vs. Igor Brinshtein

COUNSEL Jeffrey Kay   COUNSEL Sidney Fleischman

REASON FOR MINUTE: Case was set for change of plea this date - Deft was not Ready to go forward - Will probably change counsel

RESULT/ACTION TAKEN: Case will be set for trial -

CASE CONTINUED TO _____ TIME _____ FOR _____

_____ DATE _____
APPROVED BY DISTRICT JUDGE
(if appropriate)

17