FILED by _____ D.C.

MAY 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6113-CR-ZLOCH
    Plaintiff.              Magistrate Judge Seltzer

v.

IGOR BRUNSHTEIN,
aka Aleksy Chmakov
    Defendant.
_____/

### COUNSEL'S MOTION TO WITHDRAW FROM CASE

COMES NOW counsel for the Defendant, Sidney Z. Fleischman, and moves this Honorable Court to allow counsel to withdraw from further representation of the Defendant in this matter. In support thereof, counsel states as follows:

1. On April 7, 2000, counsel filed his permanent appearance in this matter. Counsel is privately retained by the Defendant.

2. That thereafter counsel negotiated a plea agreement with the government on behalf of the Defendant. Counsel was scheduled to appear before this Court on Friday, May 12, 2000, for a change of plea. However, counsel was in trial before Judge Stanton Kaplan in the case of <u>State v. Terri Cortina</u>. The change of plea hearing was reset to Wednesday, May 17, 2000.



3. That on May 17, 2000, the Defendant did not want to proceed with the change of plea and refused to discuss the matter with counsel. Additionally, the Defendant informed counsel that he no longer wanted counsel to represent him due to the delay.

4. That on May 18, 2000, the Defendant informed counsel that he did want to proceed with the plea and wanted counsel to continue to represent him. Counsel's office set a change of plea hearing for May 31, 2000.

5. That when the Defendant was informed of the change of plea date he fired counsel from further representation in this matter.

6. That counsel cannot effectively represent the Defendant because of irreconcilable differences that exist, and the Defendant no longer wants counsel to represent him.

7. That the Defendant has requested that the change of plea date set for May 31, 2000, at 9:30 a.m., be canceled and that a hearing re: counsel be set before the magistrate judge.

WHEREFORE, based on the foregoing, counsel for the Defendant, Sidney Z. Fleischman, moves this Honorable Court to enter an order allowing counsel to withdraw from representation of the Defendant in this case.

Respectfully submitted,

_____
FLEISCHMAN & FLEISCHMAN, P.A.
Sidney Z. Fleischman
800 E. Broward Blvd., #300
Ft. Lauderdale, Florida 33301
954-523-7223

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion To Withdraw was mailed and sent via facsimile this 2nd day of May, 2000, to: Jeffrey H. Kay, Assistant United States Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl. 33394-3002.

_____
SIDNEY Z. FLEISCHMAN

-3-