UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6113-CR-ZLOCH

UNITED STATES OF AMERICA

v.

IGOR BRUNSHTEIN

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                          COURTROOM A
299 E. BROWARD BLVD.           DATE & TIME:
FT. LAUDERDALE, Fl, 33301      May 31, 2000 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: May 19. 2000

cc:
Jeffrey Kay, Esq., AUSA
Sidney Fleischman, Esq.