UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA.                    CASE NO.: 00-6113-CR-ZLOCH

    Plaintiff,

vs.                                          **NOTICE OF APPEARANCE**

IGOR BRUNSHTEIN, a/k/a
ALEKSEY CHMAKOV

    Defendant.

_____/

**COMES NOW** the Defendant, **IGOR BRUNSHTEIN, a/k/a ALEKSEY CHMAKOV,**
and herein notifies this Honorable Court, the United States of America, and the Clerk of
this Court that the Bruce H. Fleisher, P.A., 2665 South Bayshore Drive, Suite 1206,
Coconut Grove, Florida 33133 herein files this his Notice of Appearance in the above-
styled cause. By virtue of this pleading, Mr. Brunshtein would ask that all notices,
pleadings, motions, and any other documents be forwarded to the firm, and service of
same shall constitute service upon the Defendant.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via
U.S. mail this 24th day of May. 2000 to: Mr. Jeffrey Kay. Assistant U.S. Attorney, Office of
the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301;
and Sidney Fleischman, Esquire, 800 E. Broward Boulevard, Suite 310, Ft. Lauderdale,
Florida 33301.

Respectfully submitted,
BRUCE H. FLEISHER, P.A.
2665 South Bayshore Drive
Grand Bay Plaza - Suite 1206
Coconut Grove, Florida 33133
Office/(305) 859-7999

By: _____

BRUCE H. FLEISHER, ESQUIRE
Florida Bar No.: 166952