UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6113-CR-ZLOCH



UNITED STATES OF AMERICA

v.

IGOR BRUNSHTEIN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
June 2, 2000 at 11:15 AM

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION


CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 30. 2000

cc:
Jeffrey Kay, Esq., AUSA
Bruce Fleisher, Esq.