UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 00-6113-CR-ZLOCH

    Plaintiff,

vs.

IGOR BRUNSHTEIN, a/k/a
ALEKSEY CHMAKOV

    Defendant.
_____/

### AFFIDAVIT OF IGOR BRUNSHTEIN a/k/a ALEKSEY CHMAKOV

**COMES NOW**, your Affiant, IGOR BRUNSHTEIN, a/k/a ALEKSEY CHAMKOV, who after having been duly sworn, does aver that the following statements are true and correct.

1. Your affiant is the Defendant in the above styled cause,

2. Your affiant was represented by Sidney Fleischman, Esquire, and a conflict of interest arose and your affiant terminated Mr. Fleischman's services. Mr. Fleischman also filed a motion to withdraw as counsel, a hearing is scheduled for June 14th at 11:00 a.m.

3. Your affiant has executed a plea agreement with the Government and is ready to enter a plea and be sentenced as soon as possible.

4. Your affiant has retained Bruce H. Fleisher, P.A. to represent him in this case.

5. Your affiant requests that this honorable court enter an order granting Mr. Fleischman's motion to withdraw as counsel and permit Bruce H. Fleisher, P.A. to substitute as new counsel.



6.  Your affiant requests as hearing date for plea at the court's earliest convenience.

7.  Your affiant sayeth naught.

                                        IGOR BRUNSHTEIN

STATE OF FLORIDA    :

COUNTY OF MIAMI-DADE:

      The foregoing instrument was acknowledged before me this _____ day of _____ _____, 2000 by IGOR BRUNSHTEIN, who is personally known to me and/or who produced _____ as identification and/or did take an oath.

                                        NOTARY PUBLIC, State of Florida
My commission expires:                at Large