UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,                             CASE NO. 00-6113-CR-ZLOCH

vs

IGOR BRUNSHTEIN, a/k/a
ALEKSEY CHMAKOV,

Defendant
_____/

### NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW** the Defendant, IGOR BRUNSHTEIN, a/k/a ALEKSEY CHMAKOV, in the above styled cause, and hereby notifies this Honorable Court that he has retained Bruce H. Fleisher, P.A., to represent him in the above-styled cause, and that he will no longer be represented by Sidney Fleischman, Esquire who agreed to a substitution of representation in this cause. Mr. Fleischman wishes this Court to acknowledge this substitution, and by this document, requests the Clerk of the Court to hereinafter notice Bruce H. Fleisher, P.A. for all proceedings and forward to Mr. Fleisher all pleadings that are subsequently filed in this case.

Respectfully submitted,

By _____          By _____
BRUCE H. FLEISHER, P.A.                SIDNEY FLEISCHMAN, ESQUIRE
Grand Bay Plaza                        Fleischman & Fleischman
2665 South Bayshore Drive              800 E. Broward Boulevard
Suite 1206                             Suite 310
Coconut Grove, Florida 33133           Ft. Lauderdale, Florida 33301

BRUCE H. FLEISHER, P.A.  ATTORNEY AT LAW