UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUN 0 2 2000

CASE NUMBER 00-6113-Cr-210th    DATE 6-2-00

CLERK Carline Newby    REPORTER Anita LaRocca

PROBATION    INTERPRETER

UNITED STATES OF AMERICA  V. Igor Braunstein

U. S. ATTORNEY Jeffrey Kay    DEFT COUNSEL Bruce Fleisher

DEFENDANT:  (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Information

RESULT OF HEARING Deft entered a plea of guilty to
the Information & Court finds deft guilty to
the Information. Deft waived PSI

JUDGMENT Deft Sentenced to 3 months
custody of BOP - 3yrs Supervised Release
If deported Not Re-enter w/o prior
express permission - No Reporting if deported

CASE CONTINUED TO    TIME    FOR
$100 assessment -

MISC Written Plea Agreement -

26